AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 04, 2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Anastacio GUZMAN-VILLASENOR<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  **4:26-mj-368**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 20, 2026_____ in the county of _____Harris_____ in the
___Southern___ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Montgomery County, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*J. Taylor*
*Complainant's signature*

Jonathan Taylor, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: _____06/04/2026_____

_____
*Dena Palermo*
*Judge's signature*

City and state: _____Houston, Texas_____

Hon. Dena H. Palermo, United States Magistrate Judge
*Printed name and title*

**4:26-mj-368**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jonathan Taylor, being duly sworn telephonically, hereby depose and say:

(1)     I am currently a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since November 24, 2025. My law enforcement career began February 22, 2005, as an Atlanta Police Officer.  On March 30, 2009, I began federal employment with the U.S. Border Patrol, as a Border Patrol Agent. April 7, 2014, I began employment with U.S. Customs and Border Protection, as a Customs and Border Protection Officer.  I currently have over 16 years of immigration law enforcement experience.

(2)     On May 20, 2026, ICE was made aware of the unlawful presence of Anastacio GUZMAN-VILLASENOR hereinafter ("Defendant") in the United States, as a result of information provided by the Montgomery County Sheriff's Office in Montgomery County, TX. An Immigration Detainer was placed on the Defendant on May 20, 2026, and  the Defendant was transferred to the Harris County Jail.  Furthermore, on or about June 2, 2026, the defendant was transferred to the custody of Immigration and Customs Enforcement (ICE), from the Harris County Jail, pursuant to the Immigration Detainer, placed on May 20, 2026. Subsequently, on June 3, 2026, at approximately 9:00 AM, the Defendant was identified as eligible for prosecution for violating 8 U.S.C. § 1326 (a) and (b).

(3)     The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(4)     Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(5)     <u>Element One:</u> The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(6)     <u>Element Two</u>: The Defendant has previously been deported or removed from theUnited States on the following occasions:

1. 11/26/2008
2. 03/04/2010
3. 09/06/2013
4. 09/19/2013
5. 11/28/2014
6. 01/26/2015
7. 04/25/2023

(7)     <u>Element Three</u>: After deportation, the Defendant was subsequently found in the United States on or about May 20, 2026, in Montgomery County, which is within the Houston Division of the Southern District of Texas.   On June 3, 2026, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, if the Defendant had been encountered by law enforcement prior to the date specified in this paragraph.  LESC advised me that the Defendant's first encounter with law enforcement was February 2, 2026.

(8)     <u>Element Four</u>:  The Defendant did not have permission to reenter the United States.  On June 3, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(9)     <u>The Defendant has the following prior criminal history</u>:

a)  On November 04, 2008, the Defendant plead guilty in the Harris County Criminal Court of Law No. 6, in Harris County, Texas, for the offense of TERRORISTIC THREAT, under case number: 1558233.  For this offense, Class B Misdemeanor, the Defendant, was sentenced to 20 days confinement.

b)  On February 19, 2010, the Defendant plead guilty in the 183rd District Court, in Harris County, Texas, for the offense of POSS CS PG 1 <1G, under case number: 1252070.  For this offense, STATE JAIL FELONY, the Defendant, was sentenced to 30 days' confinement, in the Harris County Jail.

c)  On April 13, 2023, the Defendant plead guilty in the 337th District Court, in Harris County, Texas, for the offense of FELON POSSESSION WEAPON,

under case number: 176760801010. For this offense, a 3rd DEGREE FELONY, a Judgement Adjudicating Guilt was entered, and the Defendant was placed on Deferred Adjudication Community Supervision. 3 years. Then on June 1, 2026, a Judgement Adjudicating Guilt was entered, charging the Defendant with ATTEMPTED UNLAWFUL POSSESSION OF A FIREARM BY A FELON, the Defendant was sentenced to 30 days, in the Harris County Jail.

On June 4, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning the criminal complaint. On or about that day, Assistant U.S. Attorney Amanda Alum (281) 409-7864 accepted this case for prosecution for violation of 8 U.S.C. § 1326(a) and (b).

*J. Taylor*

Jonathan M. Taylor, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Sworn to me telephonically on 4th day of June 2026, and I find probable cause.

*Dena Palermo*

Hon. Dena H. Palermo
United States Magistrate Judge
Southern District of Texas